United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO RIVALDO GARBEY SUAREZ, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. 4:26-cv-05158 |
| | § | |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

The petitioner, Francisco Rivaldo Garbey Suarez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On July 13, 2026, the federal respondents filed an Advisory stating that the petitioner has been removed from the United States to Cuba and that the removal occurred prior to the Court issuing its Order to Answer. (*See* Dkt. No. 7). The petitioner has not filed any response to the Advisory. Because the petitioner has been removed from the United States, this habeas action is moot.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice**. Any pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 30, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge